**Order entered February 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01598-CV

**DALLAS COUNTY SOUTHWESTERN INSTITUTE OF FORENSIC SCIENCES & MEDICAL EXAMINER DEPARTMENT, Appellant**

**V.**

**GLYNDA RAY, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-07904**

## ORDER

We **GRANT** appellee's February 13, 2013 motion for an extension of time to file its brief. We **ORDER** the brief tendered to this Court by appellee on February 13, 2013 filed as of the date of this order.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE